No. 82–6672.  VANCE *v.* BORDENKIRCHER, WARDEN, WEST VIRGINIA STATE PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 82–6676.  HANNAN *v.* SECRETARY OF THE ARMY ET AL. C. A. 10th Cir.  Certiorari denied.

No. 82–6678.  EVERETT *v.* BEARD.  C. A. 10th Cir.  Certiorari denied.

No. 82–6682.  HUDSON *v.* BRIERTON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 82–6683.  GREGORY *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 82–6692.  BORSARI *v.* FEDERAL AVIATION ADMINISTRA-TION.  C. A. 2d Cir.  Certiorari denied.

No. 82–6701.  CLEMENTI *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 82–6709.  BORRELLI *v.* CICCITTO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–6712.  HOWARD *v.* PAXSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 82–6714.  ARANGO *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 82–6716.  ADAMSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–6723.  LATCHIS *v.* COMMISSIONER OF INTERNAL REVENUE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–6727.  VAN DYKE *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.